**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WANG, VEN-JIAO (TONY), *individually and on behalf of the estate of Wang, Yung-Tsai*, CHOU, YU-MEI, WANG, HSIUE-HUEI (TAMMY), and WANG, HSIN-JANG (JANIS),<br><br>Plaintiffs,<br><br>v.<br><br>NEW MIGHTY U.S. TRUST, NEW MIGHTY FOUNDATION, and CLEARBRIDGE LLC,<br><br>Defendants. | Civil Action No. 21-cv-03111 |

**JOINT STATUS REPORT**

Plaintiffs Ven-Jiao (Tony) Wang, Yu-Mei Chou, Hsiue-Huei (Tammy) Wang, and Hsin-Jang (Janis) Wang, individually and on behalf of the estate of Yung-Tsai Wang (the "Estate") (collectively, "Plaintiffs") and Defendants New Mighty U.S. Trust, New Mighty Foundation, and Clearbridge LLC ("Defendants"), by and through their respective counsel, and pursuant to this Court's December 12, 2022 Minute Order, respectfully submit this Joint Status Report:

1. Plaintiff reports that on August 6, 2025, the District of Columbia Superior Court, Probate Division, issued an Order granting the Petition of Tony and Kevin Wang for the appointment of Kevin Wang as the personal representative of Y.T. Wang's District of Columbia estate (the "D.C. Estate"). *See* Order, *Estate of Wang Yung-Tsai*, 2021 ADM 1622 (D.C. Super. Ct. Aug. 6, 2025) (attached as Exhibit A).

2. On August 12, 2025, the Respondents in the probate action (members of Y.T. Wang's First Family) filed a Notice of Appeal with respect to the probate court's August 6 Order.

3. Plaintiffs further report that the probate court issued Letters of Administration with respect to Kevin Wang's appointment on August 19, 2025, which states that "[t]he appointment is in full force and effect" as of August 19, 2025. *See* Letters of Administration dated August 19, 2025 (attached as Exhibit B).

4. In light of the probate court's appointment of Kevin Wang as personal representative of the D.C. Estate, the parties jointly request a status conference with this Court at the Court's earliest convenience for the purpose of discussing next steps in this action.

Dated: August 26, 2025

Respectfully submitted,

*Jennifer Ancona Semko*
Jennifer Ancona Semko (Bar No. 481119)
jennifer.semko@bakermckenzie.com
Graham Cronogue (Bar No. 1044036)
graham.cronogue@bakermckenzie.com
BAKER & McKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006
Tel: +1 202 452 7000
Fax: +1 202 416 7055

Cyrus Vance (Admitted *Pro Hac Vice*)
cyrus.vance@bakermckenzie.com
Laura Zimmerman (Admitted *Pro Hac Vice*)
laura.zimmerman@bakermckenzie.com
BAKER & McKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Tel: +1 212 626 4875

*Attorneys for Plaintiffs*

*David B. Leland*
David B. Leland (DC Bar #484096)
Bradley A. Klein (DC Bar #973778)
Jessie K. Liu (DC Bar #472845)
Shay Dvoretzky (DC Bar #498527)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Tel: (202) 371-7000
Fax: (202) 393-5760

John L. Gardiner (Admitted *Pro Hac Vice*)
Andrew Muscato (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Defendants*